MOUNTAIN TIMBER CO. v. BURKE et al. (Circuit Court of Appeals, Ninth Circuit. May 1, 1916.) No. 2749. Appeal from the District Court of the United States for the Southern Division of the Western District of Washington. E. C. Strode and Coy Burnett, both of Portland, Or., for appellant. A. E. Clark, of Portland, Or., Gordon & Easterday, of Tacoma, Wash., and I. E. Shrauger, of Mt. Vernon, Wash., for appellees. Dismissed by the clerk, under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi), pursuant to stipulation of counsel for respective parties, without costs to either party. For opinion below, see 224 Fed. 591.

———

THE ROBERT A. SCOTT. THE CHARLES H. PERKINS. (Circuit Court of Appeals, Second Circuit. March 14, 1916.) Nos. 189, 190. Appeals from the District Court of the United States for the Eastern District of New York. Foley & Martin, of New York City (William J. Martin and G. V. A. McCloskey, both of New York City, of counsel), for appellant. Convers & Kirlin, of New York City (J. P. Kirlin and Robert S. Erskine, both of New York City, of counsel), for appellee. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed.

———

In re SLAUGHTER. In re TENNESSEE PACKING & STOCKYARDS CO. In re KENTUCKY OIL REFINING CO. (Circuit Court of Appeals, Sixth Circuit. March 10, 1916.) No. 2713. Petition for Revision of Proceedings of the District Court of the United States for the Middle District of Tennessee; Edward T. Sanford, Judge. Keeble & Seay, of Nashville, Tenn., for petitioner. Jordan Stokes, of Nashville, Tenn., for bankrupt. Dismissed by consent of counsel.

———

In re SLAUGHTER. In re TENNESSEE PACKING & STOCKYARDS CO. In re GOSHORN. (Circuit Court of Appeals, Sixth Circuit. March 10, 1916.) No. 2714. Petition for Revision of Proceedings of the District Court of the United States for the Middle District of Tennessee; Edward T. Sanford, Judge. Keeble & Seay, of Nashville, Tenn., for petitioner. W. O. Vertrees and Stokes & Stokes, all of Nashville, Tenn., for bankrupt. Dismissed by consent of counsel.